of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on July 28, 1998 [*ante*, p. 967], is discharged.

No. D–1984. IN RE DISBARMENT OF TURNER. Richard LeRoy Turner, of Susanville, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1985. IN RE DISBARMENT OF DREW. Richard John Drew, of Flint, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1986. IN RE DISBARMENT OF PINCKNEY. Obie Pinckney, Jr., of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1987. IN RE DISBARMENT OF ANGELO. Leonard J. Angelo, of Westhampton, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 97–1472. HADDLE *v.* GARRISON ET AL. C. A. 11th Cir. [Certiorari granted, 523 U. S. 1136.] Motion of respondents to dismiss the writ of certiorari as improvidently granted denied.

No. 98–5619 (A–135). IN RE HILL. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

AUGUST 14, 1998

No. 98–5313. GIBSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.